

AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

V.

HISHAM ALKAHLA

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 14 CR 55-1

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

William T. Hart, United States District Judge
Name and Title of Judge

October 20, 2015
Date