# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                               Case No.: 1:14–cr–00055
                                                                    Honorable William T. Hart

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 18, 2015:

      MINUTE entry before the Honorable William T. Hart: (1); as to Hisham Alkahla ; Motion hearing set for 11/19/2015 is stricken. Defendant's motion for return of passport [94] is granted by agreement. It is hereby ordered that Pretrial Services or such other holder of defendant's passport is directed to return the passport to defendant immediately.Mailed notice (clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.